```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JAMES COLLAS,                                                          :
                                                                       :
                            Plaintiff,                                 :
                                                                       :            23 Civ. 5318 (JPC)
               -v-                                                     :
                                                                       :                 ORDER
DAVID MAGLI et al.,                                                    :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 22, 2023, this case was transferred into this District from the United States District Court for the Southern District of California. Dkt. 16. It appears from the docket that, prior to the transfer, Defendant David Magli had filed a motion to dismiss the Complaint for failure to state a claim, and that his motion has not yet been decided. *See* Dkt. 4; *see also* Dkt. 15-1 at 1 (declining to address motion to dismiss). By July 17, 2023, the parties shall submit a status letter informing the Court of whether they wish to supplement or revise their briefing on the motion to dismiss in light of the transfer of this case, or whether they wish the Court to decide the motion on the papers that have already been submitted. The parties shall further propose a schedule for revised or supplemental briefing, should they wish to submit it.

SO ORDERED.

Dated: July 10, 2023                                  _____
       New York, New York                                     JOHN P. CRONAN
                                                          United States District Judge