UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES COLLAS,

           Plaintiff,

v.

DAVID MAGLI, et al.

           Defendants.

23 Civ. 5318 (JPC)

STATUS LETTER

---

    Defendant, David Magli, with consent of Plaintiff, requests a stay of the deadline set in the Court's July 10, 2023 Order (Dkt 17) which stated in pertinent part:

> By July 17, 2023, the parties shall submit a status letter informing the Court of whether they wish to supplement or revise their briefing on the motion to dismiss in light of the transfer of this case, or whether they wish the Court to decide the motion on the papers that have already been submitted. The parties shall further propose a schedule for revised or supplemental briefing, should they wish to submit it.

    Defendant Magli does not request additional briefing, but does ask, in the interest of judicial economy, that the Court stay ruling on the Motion for at least 30 days as the Parties are drafting settlement papers that they anticipate will resolve the dispute.

Respectfully Submitted,

Dated:  July 17, 2023

By: _____
David S. Panzer
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-1770 fax
Panzer@wardberry.com

Counsel for David Magli

---

The request is granted. The parties shall submit a further status letter by August 18, 2023, unless by that date they have dismissed this case.

SO ORDERED.
Date: July 18, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge